IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STANFORD; MARINA STANFORD; and IAN STANFORD, by and through his Guardian ad Litem MARINA STANFORD,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARIN COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES; MARIN COUNTY; and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____/ | No. C 06-3097 CW<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

    Defendants Marin County and the Marin County Department of Child Support Services move to dismiss Plaintiffs' complaint. Plaintiffs Michael Stanford, Marina Stanford, and Ian Stanford, by and through his Guardian ad Litem Marina Stanford, have filed an opposition to Defendants' motion. But, in their opposition, Plaintiffs concede that, in order to state a cause of action, they need to file an amended complaint; they also state that they have found an attorney to represent them. The Court will dismiss

1 Plaintiffs' complaint with leave to amend, allowing their counsel,
2 who recently substituted in as counsel, to file an amended
3 complaint.  Plaintiff's counsel is advised to review Defendants'
4 motion to dismiss while drafting the amended complaint.
5     Defendants' Motion to Dismiss (Docket No. 3) is GRANTED.
6 Defendants' Request for Judicial Notice (Docket No. 5) is DENIED AS
7 MOOT.  Plaintiffs are granted leave to file a first amended
8 complaint, if they believe that they can state a cause of action
9 against Defendants.  Plaintiffs must file their amended complaint
10 within two weeks of the date of this order.
11     IT IS SO ORDERED.

13 Dated:   8/23/06

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge