IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STANFORD; MARINA STANFORD; and IAN STANFORD, by the through is Guardian ad Litem MARINA STANFORD, <br><br> PlaintiffS, <br><br> v. <br><br> MARIN COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, MARIN COUNTY; and DOES 1-10, inclusives, <br><br> Defendants.          / | No. 06-03097 CW <br><br> ORDER OF DISMISSAL |

    On August 23, 2006, the Court issued an Order Granting Defendants' Motion to Dismiss wherein the Court gave Plaintiffs two weeks from the date of the Order to file a first amended complaint, if they believed that they could state a cause of action against Defendants.  The two weeks have passed, and Plaintiffs have not filed a first amended complaint.  Accordingly,

    IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice.

9/14/06

Dated _____

_____
CLAUDIA WILKEN
United States District Judge